August 26, 2011

Mr. Kristofer S. Monson
Assistant Solicitor General
P.O. Box 12548(MC 059)
Austin, TX 78711-2548
Mr. Jody G. Sheets
Law Office of Jody Sheets
2911 Turtle Creek Blvd., Suite 450
Dallas, TX 75219

RE: Case Number: 07-0945
 Court of Appeals Number: 07-06-00487-CV
 Trial Court Number: DCV-06-06358

Style: TEXAS PARKS AND WILDLIFE DEPARTMENT
 v.
 THE SAWYER TRUST

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/082611.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Peggy Culp |
| |Ms. Fay Vargas |
| |Mr. William F. |
| |Warnick |